Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN N.S. CHEUNG and<br>LINDA SU CHEUNG,<br><br>Defendants. | NO. CR03-37RSL<br><br>ORDER OF DISMISSAL |

Upon motion by the United States to dismiss the charges against Defendants Steven N.S. Cheung and Linda Su Cheung pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and based upon the record in this case,

IT IS ORDERED that the Indictment against Defendants is dismissed and any pending warrants for their arrest are quashed.

//
//
//
//

Order to Dismiss - 1
*United States v. Cheung*/CR03-37RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Clerk of the Court is directed to provide a copy of this Order to the United States Marshals Service.

DATED this  30th   day of September, 2024.

*signature*
HON. ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

Presented by:

*s/Michael Dion*
MICHAEL DION
Assistant United States Attorney

Order to Dismiss - 2
*United States v. Cheung*/CR03-37RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970